**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Inderjit Singh and Tarsem Singh,
both individually and dba PB Liquor &
Food

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>INDERJIT SINGH, individually and dba PB LIQUOR & FOOD; TARSEM SINGH, individually and dba PB LIQUOR & FOOD;<br><br>    Defendants. | CASE NO. 1:15-cv-00009-AWI-SAB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR INDERJIT SINGH, individually and dba PB LIQUOR & FOOD; and TARSEM SINGH, individually and dba PB LIQUOR & FOOD TO RESPOND TO COMPLAINT |

WHEREAS:

1. Plaintiff RONALD MOORE filed amended complaint in this action on January 5, 2015.

2. This is the second request for an extension of time for INDERJIT SINGH, individually and dba PB LIQUOR & FOOD; and TARSEM SINGH, individually and dba PB LIQUOR & FOOD ("Defendants").  A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3. Plaintiff and Defendants are in settlement negotiations at this time.

4. Defendants have ordered a CASp inspection, and are waiting for the inspection, and for report to be written so that a proposed plan of remediation and settlement can be agreed upon.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendant's time to respond to the complaint until

1  March 30, 2015, subject to the court's approval, and believe that the case can be settled within that
2  time.
3  7.     This extension of time will not alter any date or event already set by Court order, including
4  the mandatory scheduling conference.
5         NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore,
6  through his attorneys, hereby stipulate and agree that the time for Defendants INDERJIT SINGH,
7  individually and dba PB LIQUOR & FOOD; and TARSEM SINGH, individually and dba PB
8  LIQUOR & FOOD  to answer or otherwise respond to the Complaint shall be extended up to and
9  including March 30, 2015, pending court approval.

10 **IT IS SO STIPULATED.**

11 Dated: February 27, 2015

MOORE LAW FIRM, PC
           /s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Ronald Moore

13 Dated: February 27, 2015

           /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants
Inderjit Singh  and Tarsem Singh, both individually
and dba PB Liquor & Food

16 IT IS SO ORDERED.

17 Dated:   **March 5, 2015**

UNITED STATES MAGISTRATE JUDGE

2