# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>INDERJIT SINGH, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00009-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On March 31, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;

2. The parties shall file dispositional documents by April 30, 2015; and

3. Within ten (10) days of the date of service of this order, Defendants shall file a consent/decline form indicating whether they consent to magistrate judge jurisdiction for purposes of dismissing the case upon settlement. If the Defendants do not wish to consent they can advise the court's Courtroom Deputy, Mamie Hernandez of their decision.

IT IS SO ORDERED.

Dated:  **April 1, 2015**

UNITED STATES MAGISTRATE JUDGE

1