IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br>          Plaintiff,<br>     vs.<br>INDERJIT SINGH, individually and dba PB LIQUOR & FOOD, et al.,<br>          Defendants.<br>_____/ | 1:15-cv-00009-AWI-SAB<br><br>**ORDER DISMISSING ACTION AND CLOSING CASE**<br><br>(Doc. 14) |

On January 5, 2015, Ronald Moore filed a complaint against Inderjit Singh, individually and dba PB Liquor & Food. On April 15, 2015, plaintiff filed a notice of settlement and voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In light of the notice, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to any party. The Court respectfully directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   April 16, 2015                                    /s/ signature
                                                    SENIOR DISTRICT JUDGE

1